USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIANNE RENOIS et al.,

Plaintiffs,

-against-

WVMF FUNDING LLC et al.,

Defendants.

1:26-mc-00030-MKV
ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

As recounted in the Court's prior Orders, [ECF Nos. 10–12] (the "First," "Second," and "Third OTSC," respectively), this miscellaneous action was transferred from the Central District of California to this Court on January 21, 2026.  Plaintiffs having taken no action since that date to prosecute this case, the Court issued the First OTSC, directing Plaintiffs to, "**by March 19, 2026**, . . . file a letter showing cause why this miscellaneous action should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure."  [ECF No. 10] at 2 (emphasis original).

When Plaintiffs failed to comply with the First OTSC, the Court issued the Second OTSC, directing Plaintiffs to, "**by March 30, 2026**, . . . file a letter showing cause why they have not complied with the Court's Order and, further, why this miscellaneous action should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure."  [ECF No. 11] (emphasis original).

Finally, Plaintiffs having failed to comply with the Second OTSC, the Court issued the Third OTSC, directing Plaintiffs to, **by May 1, 2026**, . . . file a letter showing cause why they have not complied with the Court's Orders and, further, why this miscellaneous action should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure."  [ECF No. 12] at 1

(emphasis original).    Plaintiffs were specifically admonished in no uncertain terms that "**[c]ontinued failure to comply with Court Orders [would] result in dismissal of this action**." *Id.* at 2.

To date, Plaintiffs have neither complied with the Court's Orders nor taken any other action to prosecute this case.  As a result, this miscellaneous action has been pending on the Court's docket since January 2026; it cannot so languish indefinitely.  Accordingly, this case is DISMISSED without prejudice to renewal.  *See Link v. Wabash R. Co.*, 370 U.S. 626, 633–34 (1962).


**SO ORDERED.**

**Date:  June 8, 2026**
      **New York, NY**                     **MARY KAY VYSKOCIL**
                                               **United States District Judge**